IN THE UNITED STATES DISTRICT COURT
                         FOR THE SOUTHERN DISTRICT OF TEXAS
                                 HOUSTON DIVISION

| | |
|---|---|
| DOLORES A. SORNA, § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> FINANCE OF AMERICA REVERSE LLC, § <br> MORTGAGE SERVICER OF FINANCE § <br> OF AMERICA REVERSE LLC, § <br> § <br> *Defendant.* § | CIVIL ACTION NO. 4:19-cv-00709 |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Finance of America Reverse LLC ("Defendant") files this Certificate of Interested Persons and states that the following persons, entities, and firms may have a financial interest in the outcome of this case:

1. Plaintiff Dolores A. Sorna;

2. J. Gannon Helstowski Law Firm, counsel for Plaintiff; and

3. Defendant Finance of America Reverse LLC, which is a Delaware Member Managed LLC and the wholly owned subsidiary of Finance of America Holdings LLC, also a Delaware Member Managed LLC that is a wholly owned subsidiary of UFG Holdings LLC. UFG Holdings LLC is approximately 95% owned by UFG Global LLC.

Defendant reserves the right to supplement this certificate as necessary.

Respectfully submitted,

**LOCKE LORD LLP**

/s/ *Sahar H. Shirazi*
**Matthew H. Davis (Attorney-in-Charge)**
S.D. Bar No. 1124612
State Bar No. 24069580
mdavis@lockelord.com
**Thomas G. Yoxall**
S.D. Bar No. 16664
State Bar No. 00785304
tyoxall@lockelord.com
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
(214) 740-8000
(214) 740-8800 (facsimile)

**Sahar H. Shirazi**
sahar.shirazi@lockelord.com
S.D. Bar No. 2149563
State Bar No. 24085809
2800 JP Morgan Chase Tower
600 Travis Street
Houston, Texas 77002
(713) 226-1200
(713) 223-3717 (facsimile)

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon the following via ECF Notice pursuant to the Federal Rules of Civil Procedure on March 14, 2019.

John G. Helstowski
J. Gannon Helstowski Law Firm
13601 Preston Road, Suite E920
Dallas, Texas 75240
Fax: 817-382-1799
jgh@jghfirm.com
*Counsel for Plaintiff*

/s/ *Sahar H. Shirazi*
Sahar H. Shirazi