UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DOLORES A. SORNA, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-00709 |
| FINANCE OF AMERICA REVERSE LLC, | § § § | |
| Defendant. | § | |

## ORDER

Pending before the Court is the Joint Stipulation of Dismissal Without Prejudice pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii) filed jointly by Plaintiff, Dolores A. Sorna, and Defendant. Finance

of America Reverse LLC,

After reviewing the Stipulation, and all relevant filings, and finding that counsel for all

parties to the Stipulation are in agreement and have executed the Stipulation, the Court finds that

the requested dismissal should be **GRANTED**.

Accordingly,

It is therefore **ORDERED** that by agreement of the parties the above civil case is hereby

dismissed, without prejudice.

It is further **ORDERED** that by agreement of the parties all costs of court and attorney's

fees incurred shall be borne by the party incurring the same.

It is so ORDERED. 05/30/2019.

_____
The Honorable Alfred H. Bennett
United States District Judge